| PROB 22 (Rev. 1/24) | | DOCKET NUMBER *(Tran. Court)* 2:24CR00037-001 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* CR-25-00009-001 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western Washington | DIVISION Seattle/Tacoma |
|---|---|---|
| Joleen Bamba | NAME OF SENTENCING JUDGE The Honorable James L. Robart | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/15/2024 | TO 08/14/2027 |

OFFENSE

21:952, 960 – Importation of Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Western  DISTRICT OF  Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Guam  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 16, 2025
*Date*

/s/ James L. Robart
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF  Guam

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**/s/ Frances M. Tydingco-Gatewood
 Chief Judge
Dated: Jun 10, 2025**

*Effective Date*  *United States District Judge*